# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CARPENTERS COMBINED FUNDS INC.,** | : | CIVIL ACTION NO. 1:15-CV-1091 |
| | : | |
| | : | (Chief Judge Conner) |
| **Plaintiff** | : | |
| | : | |
| v. | : | |
| | : | |
| **KELLY SYSTEMS, INC. and NOVINGER GROUP, INC.,** | : | |
| | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 15th day of October, 2015, upon consideration of defendants' motion (Doc. 6) to dismiss Count III of plaintiff's complaint (Doc. 1), and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. Defendants' motion (Doc. 6) is GRANTED.

2. Count III of plaintiff's complaint (Doc. 1) is DISMISSED with prejudice.

3. Defendants shall respond to plaintiff's complaint (Doc. 1) in accordance with the Federal Rules of Civil Procedure.

4. Plaintiff's motion (Doc. 27) to compel an answer to its complaint is DENIED as moot in light of paragraph 3 above.

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania